**STATE of Missouri, Respondent,**

v.

**Michael A. DOLLISON, Appellant.**

**No. WD 65544.**

Missouri Court of Appeals, Western District.

Aug. 8, 2006.

Kent Denzel, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, P.J., ROBERT G. ULRICH, and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

Michael Dollison appeals his conviction, following a jury trial, for sexual assault, § 566.040, RSMo 2000. The State pleaded, and the court found Mr. Dollison to have been a prior offender, and he was sentenced to five years imprisonment. He claims two points of error, asserting that the State failed to prove him guilty beyond a reasonable doubt and that the court erred in overruling his objection to the State's statement in closing argument about a fact outside the record. The judgment is affirmed. **Rule 30.25.**